## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT LEXINGTON

### *ELECTRONICALLY FILED*

| | | |
|---|---|---|
| ARTHUR CLINTON MCRAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 5:16-cv-00129-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| CARDTRONICS USA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PROSPERITY BANK'S MOTION TO DISMISS

Defendant Prosperity Bank ("Prosperity Bank"), by and through its counsel, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), hereby moves this Court for an order dismissing the Class Action Complaint ("Complaint") of Plaintiffs Arthur Clinton McRay and Mary Loren Caviness ("Plaintiffs") with prejudice, on the grounds set forth in the accompanying Memorandum of Law.

Dated:  June 24, 2016                    Respectfully submitted,


/s/ Douglas P. Lobel
Douglas P. Lobel (Admitted *Pro Hac Vice*)
David A. Vogel (Admitted *Pro Hac Vice*)
Cooley LLP
Reston Town Center, One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Phone:  (703) 456-8000
Fax:  (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

and

Brian M. Johnson
Dickinson Wright PLLC
300 West Vine Street Suite 1700
Lexington, Kentucky 40507
Phone:  (859) 899-8700
Fax:  (859) 899-8759
bjohnson@dickinsonwright.com

COUNSEL FOR DEFENDANT
PROSPERITY BANK

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 24, 2016, I electronically filed the foregoing *Prosperity Bank's Motion to Dismiss* with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/ Douglas P. Lobel
Douglas P. Lobel

133093903